**FILED**

DEC 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

NORMAN LEE TOLER        )
Plaintiff,              )
                        )
vs.                     )          Case No. __05 2505__
                        )
ALBERTO GONZALES        )
Defendant(s).           )
                        )
                        )
                        )
                        )

## MOTION TO PROCEED IN FORMA PAUPERIS
## AND AFFIDAVIT IN SUPPORT -- PRISONER CASES

I, Norman Lee Toler
declare (1) that I am the __Plaintiff__ in this case; (2) that because of my poverty, I am unable to pay the filing fee; and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows: The action is in the nature of a mandamus. The issue is that the Defendant is not following clearly established law as set forth in the United States Code.

In further support of this application, I answer the following questions:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?

    Yes ___        No __X__

    If so, how many times? n/a

    Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?       n/a

    Yes ___        No ___

    If so, how many of them?       n/a

2. Place of confinement of plaintiff or petitioner: Northeast Correctional Center, 13698 Airport Rd., Bowling Green, MO 63334

**RECEIVED**

DEC 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

3. Crime(s) for which you have been convicted, date and sentence on each:

August 2004, Statutory Rape- 10 years Missouri Dep't of Corrections

4. Are you presently employed?            Yes  X   No ____

   a.  If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

       salary is $7.50/month, employed as a library porter

       in the prison library of Northeast Correctional Center.

   b.  If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

       n/a

5. Have you received, within the past twelve (12) months, money from any of the following sources?

| | Yes | No |
|---|---|---|
| Business, profession or form of self-employment? | | X |
| Rent payments, interest or dividends? | | X |
| Pensions, annuities or life insurance payments? | | X |
| Gifts or inheritances? | X | |
| Any other sources? | x | |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

Have received about $40 in gifts from family, and receive
$7.50/month from prison job

6. Do you own any cash, or do you have money in a checking or savings account?  Include any funds in prison accounts during the last six (6) months.            Yes  x    No ____

   If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or

2

prison account during the last six (6) months.

average balance in prison account less than $10.

_____

7. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?          Yes _____     No _X_

If the answer is "yes," describe the property and state its approximate value.

n/a

_____

8. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Michelle Emily Töler, wife- nothing while incarcerated

Aidyn James Lee Töler, son- nothing while incarcerated

Elijah Alexander Töler, son- nothing while incarcerated

_____

   I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.   I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES.   I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.
   Executed (signed) this _10th_ day of _November_, 20 _05_

_____
         (Signature of plaintiff)

NOTE: THIS AFFIDAVIT MUST BE ACCOMPANIED BY A CERTIFIED COPY OF YOUR PRISON ACCOUNT STATEMENT SHOWING THE AMOUNT OF MONEY ON DEPOSIT DURING THE LAST SIX (6) MONTHS.   A "CERTIFIED COPY" OF YOUR ACCOUNT STATEMENT IS ONE THAT HAS BEEN CERTIFIED BY AN AUTHORIZED PRISON OFFICER THAT IT IS A TRUE AND CORRECT COPY.   FAILURE TO SUBMIT A CERTIFIED ACCOUNT STATEMENT WILL RESULT IN THE RETURN OF YOU COMPLAINT OR PETITION.

October 11, 2005

I do hereby verify that attached hereto is an original computer printout of the transactions in the offender account with the Missouri Department of Corrections, Jefferson City, Missouri for Offender <u>NORMAN TOLER,</u> No.<u>1108933</u>, for the period of <u>April 1, 2005</u> through <u>October 11, 2005</u> indicating the correct opening balance, subsequent transactions, and closing balance for said account in my office.

_____

Darlene Wansing

Assistant Offender Finance Officer

Subscribed and sworn to before me, the undersigned Notary Public, this _____12th_____ day of October 2005.

_____

Notary Public



TRACY CLENNIN
Notary Public - State of Missouri
COUNTY OF MONITEAU
My Commission Expires Jan. 24, 2007