UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Norman Toler,                        )
                                     )
                                     )
         Plaintiff,                  )
                                     )
     v.                              )   Civil Action No.  05 2505
                                     )
Alberto Gonzales,                    )
                                     )
         Defendant.                  )

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is hereby

ORDERED that Respondent, by counsel, within __45__ days of service of a copy of this Order and the petition herein, shall file with the Court and serve on Petitioner a statement showing why the Writ of Mandamus should not issue. It is

FURTHER ORDERED that the Clerk of Court furnish a copy of the petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the named Respondent, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SO ORDERED.

*Gladys Kessler*
United States District Judge

Date: Jan. 16, 2006