UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NORMAN TOLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2505 (GK) |
| ) | |
| **ALBERTO GONZALES,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **1st** day of February 2006, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

>Norman Toler
>No. 1108933
>Northeast Correctional Center
>13698 Airport Road
>Bowling Green MO 63334
>*pro se Plaintiff*


_____
KATHLEEN KONOPKA
Assistant United States Attorney