UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN TOLER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2505 (GK) |
| | ) |
| **ALBERTO GONZALES, UNITED STATES** | ) |
| **ATTORNEY GENERAL** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion To Dismiss, and opposition thereto, any reply, and the entire record herein, it is hereby

ORDERED that defendant's Motion is granted, and it is further

ORDERED that this case be DISMISSED.

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE