```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

NORMAN TOLER,                    :
                                 :
      Petitioenr,               :
                                 :
v.                               :    Civil Action No. 05-2505 (GK)
                                 :
ALBERTO GONZALES, *et al.*,      :
                                 :
      Respondents.              :

<u>ORDER</u>

In response to the Court's February 16, 2006 Order to Show Cause, Respondents have filed a motion to dismiss. Because a ruling on this motion may dispose of all or part of this action, the Court advises the *pro se* petitioner of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Petitioner is advised that the Court will rule on Respondents' motion taking into consideration the facts proffered by Petitioner in his petition, along with his response or opposition to the motion. Petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or <u>at such other time as the court may direct</u>, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed

1

>   time, the court may treat the motion as
>   conceded.

LCvR 7(b) (emphasis added). If Petitioner fails to respond to the motion, the Court may grant the motion. *See Fox v. Strickland*, 837 F.2d at 509. In addition, Petitioner is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

>   Whenever a party has the right or is required
>   to do some act or take some proceedings within
>   a prescribed period after the service of a
>   notice or other paper upon the party and the
>   notice or paper is served upon the party [by
>   mail], 3 days shall be added to the prescribed
>   period.

Fed. R. Civ. P. 6(e).

Accordingly, it is hereby

ORDERED that Petitioner shall file an opposition or other response to Respondents' motion to dismiss not later than **April 28, 2006**. If Petitioner fails to respond timely, the Court may treat the motion as conceded and may dismiss the case.

SO ORDERED.

/s/
GLADYS KESSLER
United States District Judge

DATE: 3/27/06