UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN TOLER, )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>)<br>      Respondent. )<br>) | Civil Action No. 05-2505 (GK) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Quan K. Luong as counsel of record for defendant in the above-captioned civil action, and withdraw the appearance of former Assistant United States Attorney Kathleen Konopka, who has departed from the United States Attorney's Office.

/s/ _____
QUAN K. LUONG
Assistant United States Attorney
555 Fourth Street N.W., Rm E-4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF ENTRY OF APPEARANCE** has been served on this 15th day of December, 2006 on the Pro Se plaintiff by mail, postage prepaid addressed as follows:

Norman Toler
No. 1108933
Northeast Correctional Center
13698 Airport Road
Bowling Green, MO 63334

/s/
QUAN K. LUONG
Assistant United States Attorney
555 Fourth Street N.W., Rm E-4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov