IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN TÖLER,                    )
       Plaintiff,             )
                                 )
vs.                              )     Case No. 05-2505GK
                                 )
ALBERTO GONZALES,                )
       Defendant.             )

MOTION TO REOPEN TIME TO FILE AN APPEAL

COMES NOW Plaintiff, Norman Töler, on his Motion to Reopen Time to File an Appeal, pursuant to Fed.R.Civ.P. Rule 4(a)(6), and for his cause of action, states as follows:

1. On November 6, 2006, an Order granting Defendant's Motion to Dismiss was signed by Judge Kessler in the above-captioned cause. (Ex. 1).

2. The above-mentioned Order is a final appealable order. (Ex. 1).

3. On November 7, 2006, this same Order was entered into the Docket. (Ex. 1).

4. Plaintiff did not receive notice under Fed.R.Civ.P. Rule 77(d) of the entry of judgment or order sought to be appealed within 21 days after entry.

5. Plaintiff was not served a notice of the entry in the manner provided for in Fed.R.Civ.P. Rule 5(b), and no notice was made in the Docket of service on Plaintiff. (Ex. 1).

RECEIVED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. Plaintiff did not receive notice of the entry until January 4, 2007, through a copy of the Docket. (Ex. 2).

7. Plaintiff makes this Motion in good faith, and the granting of such will not prejudice Defendant.

WHEREFORE, for the foregoing reasons, Plaintiff prays this Court GRANT his Motion, reopen the time to file an appeal, and for such further relief which is deemed just and proper.

Respectfully submitted,

*[signature]*

Norman Töler
Plaintiff, pro se
13698 Airport Rd.
Bowling Green, MO  63334

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed to Quan Luong, by placing said in the Northeast Correctional Center institutional postal system, first class postage fully prepaid, this 11th day of January, 2007.

*[signature]*
Norman Töler

| | | |
|---|---|---|
| 04/24/2006 | 12 | REPLY to opposition to motion re 9 MOTION to Dismiss *Filed in Response to Order to Show Cause* filed by ALBERTO GONZALES. (Konopka, Kathleen) (Entered: 04/24/2006) |
| 05/15/2006 | 13 | SURREPLY to 9 MOTION to Dismiss *Filed in Response to Order to Show Cause* filed by NORMAN TOLER. FIAT "Leave to file granted" Judge Kessler. (tg, ) (Entered: 05/18/2006) |
| 11/07/2006 | 14 | ENTERED IN ERROR.....MEMORANDUM AND OPINION. Signed by Judge Gladys Kessler on 11/6/06. (tth, ) Modified on 11/7/2006 (tth, ). (Entered: 11/07/2006) |
| 11/07/2006 | 15 | ORDER denying the "Petition for Mandatory Injunctive Relief in the Style of the Abolished Writ of Mandamus and for a Declaration of Rights"; granting 9 Motion to Dismiss; this civil action is dismissed without prejudice. This is a final appealable Order. Signed by Judge Gladys Kessler on 11/6/06. (tth, ) (Entered: 11/07/2006) |
| 11/07/2006 | 16 | MEMORANDUM OPINION. Signed by Judge Gladys Kessler on 11/6/06. (tth, ) (Entered: 11/07/2006) |
| 11/07/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 14 Memorandum Opinion was entered in error and redocketed as document number 16. (tth, ) (Entered: 11/07/2006) |
| 11/07/2006 | | ***Civil Case Terminated. (tth, ) (Entered: 11/07/2006) |
| 12/15/2006 | 17 | NOTICE OF SUBSTITUTION OF COUNSEL by Quan K. Luong on behalf of ALBERTO GONZALES Substituting for attorney Kathleen Konopka (Luong, Quan) (Entered: 12/15/2006) |

Ex. 1



SUBURBAN MD 208

28 DEC 2006

Norman Tyler
No. 1108433
Northeast Correctional Center
13698 Airport Rd., H.U. 1D 239
Bowling Green, MO 63334

63334+2733

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Ex. 2