UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              :
**Norman Töler,**             :
                              :
    **Petitioner,**   :
                              :
  **v.**              :     Civil Case No. 05-2505(GK)
                              :
**Alberto Gonzales,**         :
                              :
    **Respondent.**   :
_____:

**MEMORANDUM ORDER**

This matter is before the Court on Petitioner Töler's unopposed Motion to Reopen Time to File an Appeal [#18]. For the reasons stated below, Petitioner's motion is **granted**.

**I.  Background**

On December 30, 2005, Töler petitioned this Court for a writ of mandamus compelling Respondent to establish procedures for United States nationals to renounce their citizenship pursuant to 8 U.S.C. § 1481(a)(6).[1]

---

[1]

"A person who is a national of the United States whether by birth or naturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality–
. . . (6) making in the United States a formal written renunciation of nationality in such form as may be prescribed by, and before such officer as may be designated by, the Attorney General, whenever the United States shall be in a state of war and the Attorney General shall approve such renunciation as not contrary to the interests of national defense . . . ."
8 U.S.C. § 1481(a)(6).

On March 24, 2006, Respondent filed a Motion to Dismiss in which it argued that the Attorney General had discretion in deciding whether to establish such procedures. The Court agreed and granted Respondent's Motion to Dismiss in an Order dated November 6, 2006. The Clerk's Office entered the Order on November 7, 2006, and sent Petitioner a copy of the docket in a letter postmarked December 28, 2006. At the time, Petitioner was incarcerated at the Northeast Correctional Center in Pike County, Missouri. He claims he did not receive any notice of the Order until he received a copy of the docket on January 4, 2007.

On January 16, 2007, Petitioner filed the instant motion, pursuant to Rule 4(a)(6) of the Federal Rules of Appellate Procedure ("Rule 4(a)(6)"), in which he seeks additional time to file an appeal from the Court's November 6, 2006 Order.

**II. Discussion and Findings**

Rule 4(a)(6) provides:

(6) **Reopening the Time to File an Appeal.** The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:
(A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;
(B) the motion is filed within 180 days after the judgment or order is entered or within 7 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
(C) the court finds that no party would be prejudiced.

Fed. R. App. P. 4(a)(6).

Based on the Petitioner's unopposed motion, which included a photocopy of the envelope from the Clerk's Office postmarked December 28, 2006, the Court finds Petitioner did not receive notice of the November 6, 2006 Order until January 4, 2007. Since the envelope was not even mailed until December 28, 2006, and given the winter holidays as well as Petitioner's incarceration, the Court has ample reason to credit Petitioner's claim that he did not receive the Order until January 4, 2007. Thus, Rule 4(a)(6)(A) has been satisfied.

The Court further finds that Petitioner's instant motion was timely filed within seven days after he received notice of the entry of the November 6, 2006 Order. Therefore, Rule 4(a)(6)(B) has been satisfied. Finally, the Court concludes that no prejudice will result from reopening the time for Petitioner to file an appeal. Consequently, all provisions of Rule 4(a)(6) have been satisfied. Accordingly, for the reasons noted herein, it is hereby

**ORDERED** that Petitioner Töler's Motion to Reopen Time to File an Appeal [#18] is **granted**; and it is further

**ORDERED** that Petitioner shall have fourteen days from the entry of this Order to file an appeal from this Court's November 6, 2007 Order dismissing his petition.

|  | /s/ |
|---|---|
| April 30, 2007 | Gladys Kessler |
|  | U.S. District Judge |

**Copies to:** Attorneys of record via ECF and

**Norman Töler**
**13698 Airport Rd.**
**Bowling Green, MO 63334**