**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

NORMAN TOLER,                                     )
                                                  )
                        Plaintiff,                )
              v.                                  )          Case No: 05-2505 (GK)
                                                  )
ALBERTO GONZALES,                                 )
                                                  )
                        Defendant.                )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of

Special Assistant United States Attorney Quan K. Luong.


Dated: October 1, 2007                    Respectfully submitted,



                                          _____/s/_____
                                          QUAN K. LUONG



                                          _____/s/_____
                                          BLANCHE L. BRUCE
                                          D.C. Bar No. 960245
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          (202) 307-6078